IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DENNIS DOBBS                                                                                    PETITIONER

v.                                                                                         No. 1:07CV49-A-D

CHRISTOPHER EPPS, ET AL.                                                           DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated January 6, 2009, and the January 16, 2009, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated January 6, 2009, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

3. That this case is **CLOSED.**

THIS, the __6th__ day March, 2009.

/s/ Sharion Aycock
**U. S. DISTRICT JUDGE**